UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILEISA ANNETTE SMITH,                           :

                Plaintiff,                           :

        - against -                                      :                 ORDER

COMMISSIONER OF SOCIAL SECURITY,         :           20-CV-7474(LJL)(KNF)

               Defendant.                          :

                                                           :

                                                                :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       By an order, Docket Entry No. 20, the defendant's request that the time for her to file a cross-motion for judgment on the pleadings be enlarged to October 20, 2021, was granted.  As of the date of this order, the docket sheet maintained by the Clerk of Court for this action does not reflect that the defendant filed the cross-motion.  The defendant shall file her cross-motion on or before November 1, 2021, failing that, the Court will consider the plaintiff's motion for judgment on the pleadings unopposed and will proceed accordingly.  The parties are reminded that failing to comply with a court order may result in sanctions, including the harshest sanctions..

Dated:  New York, New York                    SO ORDERED:
          October 25, 2021

                                                                */s/ Kevin Nathaniel Fox*
                                                        KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE