**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILEISA ANNETTE S.,

                Plaintiff,                20 **CIVIL** 7474 (LJL)

    -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 3, 2023, the Court has reviewed the entire Report and Recommendation, including those portions to which Plaintiff did not object. The Court finds no clear error with respect to those portions that Plaintiff either did not object to or objected to only on a conclusory basis. With respect to the remaining portions of the Report and Recommendation, the Court finds no error. The Report and Recommendation is ADOPTED in its entirety, with the additional clarifications outlined the Memorandum & Order.

**Dated:**  New York, New York
           February 3, 2023

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                         **BY:**     *K. Mango*

                                                         **Deputy Clerk**